NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-3095

MYRNA O. CELESTINO,

Petitioner,

v.

MERIT SYSTEMS PROTECTION BOARD,

Respondent,

Petition for review of the Merit Systems Protection Board in case no. DC0831090648-I-1.

ON MOTION

O R D E R

The petitioner, Myrna O. Celestino, having failed to complete and sign the "Motion and Declaration for Leave to Proceed in Forma Pauperis", as directed by this court's letter dated March 10, 2010,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

APR 2 1 2010
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Myrna O. Celestino
    Jeanne E. Davidson, Esq.
s21

ISSUED AS A MANDATE: APR 2 1 2010

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 2 1 2010

JAN HORBALY
CLERK